**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000545
24-MAY-2019
08:08 AM**

NOS. CAAP-14-0000545 & CAAP-14-0001210

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILLIAM CROWE, Individually, Plaintiff-Appellee, v.
ASSOCIATION OF APARTMENT OWNERS OF WAIKIKI MARINA CONDOMINIUM,
Defendant-Appellant,
AND
JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100,
AND DOE CORPORATIONS 1-100, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2272-08)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Fujise, Presiding Judge, and Reifurth and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice for All Claims and Parties filed on May 17, 2019, by the parties, and the records and files herein, it appears that (1) the parties have reached an agreement and seek to dismiss the appeal with prejudice pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), (2) the stipulation is signed by counsel for all of the parties, (3) the parties agree to bear their own attorneys' fees and costs, and (4) the parties agree that no part of the stipulation shall preclude them from submitting a stipulation and order to the Circuit Court of the First Circuit ("Circuit Court") to disburse and refund a deposit made in the Circuit Court on March 12, 2015 in the underlying action. Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal With Prejudice for All Claims and Parties is approved and the appeal is dismissed with prejudice.

IT IS FURTHER ORDERED that neither the stipulation nor this order shall preclude the parties from submitting a further stipulation and order to the Circuit Court to disburse and refund a deposit made in the Circuit Court on March 12, 2015 in the underlying action, and each party shall bear their own costs and attorneys' fees on appeal.

DATED:  Honolulu, Hawaiʻi, May 24, 2019.


Presiding Judge


Associate Judge


Associate Judge